| AO-10 Rev. 1/200 | FINANCIAL DISCLOSURE REPORT COPY Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Jordan, Robert L | 2. Court or Organization District Court - E.D. Tenn. | 3. Date of Report 3/19/04 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. District Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/03 to 12/31/03 |

| 7. Chambers or Office Address 800 Market Street Suite 141 Knoxville, TN 37902 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|----------|------------------------------|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|------|-------------------|
| 1. | |

FINANCIAL DISCLOSURE OFFICE 2004 MAR 23 A 10: 5 RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Tennessee Consolidated Retirement System Judicial Retirement | 11,662.26 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 3/19/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. AT&T | A | Dividend | J | T | | | | | |
| 2. Agere Sys. A | | None | J | T | Buy | 12/05 | J | | |
| 3. Agere Sys. B | | None | J | T | | | | | |
| 4. American Trust Bank of East TN | | None | J | T | Buy | 12/29 | J | | |
| 5. Avaya | | None | J | T | | | | | |
| 6. BB&T | B | Dividend | M | T | | | | | |
| 7. BP PLC | A | Dividend | J | T | | | | | |
| 8. Comcast | | None | J | T | | | | | |
| 9. CTI Molecular Imaging | | None | J | T | Buy | 5/19 | J | | |
| 10. Dow Chem. | A | Dividend | J | T | | | | | |
| 11. EMC | | None | J | T | | | | | |
| 12. Exxon Mobil | A | Dividend | K | T | | | | | |
| 13. First Tennessee National | C | Dividend | M | T | | | | | |
| 14. First Virginia Bank | B | Dividend | L | T | Merged BB&T | 7/01 | | | |
| 15. General Electric | A | Dividend | K | T | | | | | |
| 16. IBM | A | Dividend | J | T | | | | | |
| 17. JDS Uniphase Corp | | None | J | T | | | | | |
| 18. John Hancock | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 3/19/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Johnson & Johnson | | None | J | T | Buy | 12/15 | J | | |
| 20. King Phar. | | None | J | T | | | | | |
| 21. Lucent Tec., Inc. | | None | J | T | | | | | |
| 22. Medimmune IN | | None | J | T | Buy | 6/23 | J | | |
| 23. Medtronic | A | Dividend | J | T | | | | | |
| 24. NASDQ - 100 | | None | J | T | Sold partial | 04/29 | J | | |
| 25. National Commerce Bankcorp | E | Dividend | O | T | | | | | |
| 26. Pfizer | A | Dividend | J | T | | | | | |
| 27. Phoenix Cos. | A | Dividend | J | T | | | | | |
| 28. Putnam Global Growth | A | Dividend | J | T | | | | | |
| 29. Security Equity | A | Dividend | J | T | | | | | |
| 30. SERONO S.A. | A | Dividend | J | T | | | | | |
| 31. Sun Trust Bank | C | Dividend | L | T | | | | | |
| 32. TN Hsg. Dev. Agency 3% Due 7/10 | | None | K | T | Buy | 7/28 | K | | |
| 33. Trust Under Agreement First TN Bank Municipal Bond Fund | D | Interest | M | T | | | | | |
| 34. Twin Cities Financial, Inc. | A | Dividend | K | T | Buy | 8/21 | K | | |
| 35. Tyco Intl. | A | Dividend | J | T | | | | | |
| 36. INTEREST, CD'S, SAVINGS, ETC. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 3/19/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions )

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Alcoa, TN FCU | A | Interest | J | T | Redempt. | 10/15 | J | | |
| 38. American Fidelity Bank | D | Interest | M | T | | | | | |
| 39. AmSouth Bank | D | Interest | N | T | | | | | |
| 40. BB&T | A | Interest | L | T | | | | | |
| 41. Citizens Bank of Blount County | D | Interest | M | T | Partl Rdmpt | 6/27 | L | | |
| 42. First Tennessee | A | Interest | J | T | | | | | |
| 43. Home Federal | A | Interest | K | T | | | | | |
| 44. Merrill Lynch Convert. Strides 7% Due 1/03/05 | C | Interest | K | T | | | | | |
| 45. Merrill Lynch Market Recovery Notes | | Interest | K | T | Buy | 3/26 | K | | |
| 46. Merrill Lynch MIT | A | Interest | J | T | | | | | |
| 47. Merrill Lynch Ready Assets | A | Interest | K | -T | | | | | |
| 48. Merrill Lynch Market Recovery Notes NASD 100 | | Interest | J | T | Buy | 4/30 | J | | |
| 49. NBC | D | Interest | M | T | | | | | |
| 50. Sun Trust Bank | A | Interest | L | T | Redempt. | 1/17 | L | | |
| 51. Union Planters | B | Interest | L | T | Buy | 2/19 | L | | |
| 52. United Community Bank | C | Interest | M | T | Buy | 3/19 | L | | |
| 53. | | | | | Buy | 3/20 | L | | |
| 54. IRAs | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 3/19/04 |

## VII. INVESTMENTS and TRUSTS – income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if-private transaction) |
| 55. JANUS FUND TRUSTEE | | | | | | | | | |
| 56. - Janus Fund | | None | K | T | | | | | |
| 57. Merrill Lynch Custodian | | | | | | | | | |
| 58. - AT&T Corporation | A | Dividend | J | T | | | | | |
| 59. - AT&T Wireless | | None | J | T | | | | | |
| 60. - American Greeting | | None | J | T | | | | | |
| 61. - AmSouth | A | Dividend | K | T | | | | | |
| 62. - Atmos Energy | A | Dividend | J | T | | | | | |
| 63. - Avaya | | None | J | T | | | | | |
| 64. - BMC Software | | None | J | T | | | | | |
| 65. - Clayton Homes | A | Dividend | J | T | Sell | 7/28 | J | B | |
| 66. - Comcast | | None | J | T | | | | | |
| 67. - CTI Molecular Imaging | | None | J | T | Buy | 8/08 | J | | |
| 68. - General Electric | A | Dividend | K | T | | | | | |
| 69. - Home Depot | A | Dividend | J | T | | | | | |
| 70. - Johnson & Johnson | | None | J | T | Buy | 12/15 | J | | |
| 71. - King Phar. | | None | J | T | Buy | 1/08 | J | | |
| 72. - Kroger Co. | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = S1.001-S2,500 | C = $2.501-S5,000 | D = S5,001-$15,000 | E = S15.001-S50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100.001-S1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-S250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = S500,001-S1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = S5,000,001-S25,000,000 | |
| | P3 = $25,000.001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jordan, Robert L | 3/19/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. - Merrill Lynch Ret. Reserves | A | Interest | J | T | | | | | |
| 74. - PerkinElmer | A | Dividend | J | T | | | | | |
| 75. - Stewart Ent., Inc. | | None | J | T | | | | | |
| 76. - Sun Trust Bank | A | Dividend | J | T | | | | | |
| 77. - Tanger Factory Outlet | A | Dividend | J | T | | | | | |
| 78. - Texas Inst. | A | Dividend | J | T | | | | | |
| 79. Deferred Compensation - State of Tennessee | | | | | | | | | |
| 80. - Plan 1 - 457 | A | Int. & Div. | M | T | | | | | |
| 81. - Plan II - 401K | A | Int. & Div. | M | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jordan, Robert L | 3/19/04 |

## VIII. ADDITIONAL INFORMA ION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jordan, Robert L | 3/19/04 |

## VIII. ADDITIONAL INFORMA ION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jordan, Robert L | 3/19/04 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____     Date  *3-19-04*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544